IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____
                                    )
MARTHA STEWART LIVING               )
OMNIMEDIA, INC.                     )
                                    )
            Plaintiff,              )   Civil Action No. 13-CV-1074
                                    )
                                    )
v.                                  )
                                    )
LODSYS GROUP, LLC                   )
                                    )
            Defendant.              )
_____)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff Martha Stewart Living Omnimedia, Inc. hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Lodsys Group, LLC has not yet answered the complaint. Accordingly, Martha Stewart Living Omnimedia, Inc. voluntarily dismisses Lodsys Group, LLC with prejudice pursuant to Rule 41(a)(1).

WHD/9836622.1

Dated: October 7, 2013           Respectfully Submitted,

*s/Eugenia G. Carter*
Eugenia G. Carter
WI State Bar ID No. 1011447
gcarter@whdlaw.com
WHYTE HIRSCHBOECK DUDEK S.C.
33 East Main Street, Suite 300
PO Box 1379
Madison, WI 53701
(608) 234-6058

    and

Steven Lieberman
slieberman@rfem.com
Brian Rosenbloom
brosenbloom@rfem.com
Jenny L. Colgate
jcolgate@rfem.com
ROTHWELL, FIGG, ERNST & MANBECK, PC
607 14th Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040

*Attorneys for Plaintiff*
*Martha Stewart Living Omnimedia, Inc.*